**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-1864**

———————

MICHAEL W. BROWN,

             Plaintiff - Appellant,

      v.

CATHY H. JOHNSON; MONTA DAVIS OLIVER,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  N. Carlton Tilley,
Jr., Senior District Judge.  (1:14-cv-00432-NCT-LPA)

———————

Submitted:  November 18, 2014      Decided:  November 20, 2014

———————

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Michael W. Brown, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael W. Brown seeks to appeal a memorandum opinion and order of the magistrate judge recommending the dismissal of his civil action pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2012). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Brown seeks to appeal is neither a final order nor an interlocutory or collateral order subject to appeal in this court. See 28 U.S.C. § 636(b)(1) (2012); Fed. R. Civ. P. 72(a). Accordingly, we dismiss the appeal for lack of jurisdiction. As we lack jurisdiction over the appeal, we deny Brown's motion for relief from judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2